UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>[9] RICARDO SERRANO GOMEZ, )<br>)<br>Defendant. )<br>_____) | Criminal No. 1:12-CR-183 (JDB)<br><br>(Under Seal) |

## **UNITED STATES' RESPONSE TO MOTION TO UNSEAL CASE**

COMES NOW, the United States of America, by and through its attorney, the United States Department of Justice, Narcotic and Dangerous Drug Section of the Criminal Division, and very respectfully states and prays as follows:

Defendant Ricardo Serrano Gomez filed a motion on January 5, 2015, to unseal the case herein stating its sealed posture has made it difficult for counsel to perform actions necessary to effectively represent defendant. It should be noted the case also remains sealed as to the United States. The government is not opposed to unsealing of the case to allow both the United States and defendants currently in the United States' custody, or who subsequently may be arrested, to have access to the case files. In addition to Serrano Gomez, defendants presently under custody include the following:

       [4] FRANCISCO ANTONIO LUGO TORRES,
          also known as "Paco,"
       [5] DAIRO ALBERTO GOMEZ SALAZAR,
          also known as "El Trompo,"
       [6] NESTOR RAUL SERNA-ARRANGO, and
       [7] ELBER LOZANO GARCIA.

The government understands defendant's request to review the case files is for the purpose of formulating his defense, or strategy, and assist in the overall consideration of the evidence. The Unites States requests the Court include in its Order that counsel and defendants

are prohibited from otherwise disseminating any information or evidence beyond their purview and as necessary for the above stated reasons.

WHEREFORE, in view of the aforesaid, it is respectfully requested this Honorable Court grant the requested motion and permit the United States and defendants referenced above limited access to the case files herein.

RESPECTFULLY SUBMITTED,

Arthur G. Wyatt, Chief
Narcotic and Dangerous Drug Section

Vernon Benét Miles
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division, U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:   (202) 598-6481
Email: vernon.miles@usdoj.gov

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on this date I electronically filed the foregoing United States' Response To Motion To Unseal Case with the Clerk of the Court using the CM/ECF system, which will send notification of such filing.

In Washington, D.C., this 8th day of January 2015

_____
Vernon Benét Miles
Trial Attorney